# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 23, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

150588

RICK BRASKA,
        Claimant-Appellee,

v

CHALLENGE MANUFACTURING COMPANY,
        Appellee,
and

DEPARTMENT OF LICENSING &
REGULATORY AFFAIRS, UNEMPLOYMENT
INSURANCE AGENCY,
        Appellant.
_____/

SC: 150588
COA: 313932
Kent CC: 12-004685-AE

On order of the Chief Justice, having received notice on February 3, 2015, that claimant-appellee Rick Braska is deceased and given that more than 91 days has passed without a motion for substitution of party being filed, the application for leave to appeal in this case only is administratively DISMISSED pursuant to MCR 2.202(A)(1). The other two consolidated applications in No. 150589, *Kemp v Hayes Green Beach Memorial Hosp*, and No. 150590, *Kudzia v Avasi Services, Inc*, remain pending.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 23, 2015

_____

